UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-0150 (HHK)** |
| v. | : | GRAND JURY ORIGINAL |
| **STEVEN BERRY,** | : | VIOLATIONS: 18 U.S.C. §922(g)(1) |
| **also known as Ricardo Punch,** | : | (Unlawful Possession of Ammunition by a |
| **DOMINIQUE CHAPPELLE,** | : | Person Convicted of a Crime Punishable by |
| **LAMESHA OWENS,** | : | Imprisonment for a Term Exceeding One Year); |
| **Defendants.** | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine Base Within 1000 Feet of a School); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis Within 1000 Feet of a School); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

## S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about March 22, 2005, within the District of Columbia, **STEVEN BERRY, also known as Ricardo Punch,**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F1063-95, did unlawfully and

knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about March 22, 2005, within the District of Columbia, **STEVEN BERRY, also known as Ricardo Punch, DOMINIQUE CHAPPELLE, and LAMESHA OWENS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

**(Unlawful Possession With Intent to Distribute 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

## COUNT THREE

On or about March22, 2005, within the District of Columbia, **STEVEN BERRY, also known as Ricardo Punch, DOMINIQUE CHAPPELLE, and LAMESHA OWENS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real

property comprising Gage-Eckington Elementary School, a public elementary school in the District of Columbia.

> (**Unlawful Possession With Intent to Distribute Cocaine Base Within 1000 Feet of a School and Aiding and Abetting**, in violation of Title 21, United States Code, Section 860(a) and Title 18, United States Code, Section 2)

### COUNT FOUR

On or about March 22, 2005, within the District of Columbia, **STEVEN BERRY, also known as Ricardo Punch, DOMINIQUE CHAPPELLE, and LAMESHA OWENS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

> (**Unlawful Possession With Intent to Distribute Cannabis and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2)

### COUNT FIVE

On or about March22, 2005, within the District of Columbia, **STEVEN BERRY, also known as Ricardo Punch, DOMINIQUE CHAPPELLE, and LAMESHA OWENS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Gage-Eckington Elementary School, a public elementary school in the District of Columbia.

> (**Unlawful Possession With Intent to Distribute Cannabis Within 1000 Feet of a School and Aiding and Abetting**, in violation of Title 21, United States Code, Section 860(a) and Title 18, United States Code, Section 2)

## COUNT SIX

On or about March 31, 2005, within the District of Columbia, **STEVEN BERRY, also known as Ricardo Punch**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

> (**Unlawful Possession With Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia