IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                                              05-0150 (02) HHK

DOMINIQUE CHAPPELL

REQUEST FOR POSTPONEMENT OF ARRAIGNMENT
AND STATUS CONFERENCE

Counsel for Ms. Chappell, Thomas J. Saunders, was appointed to represent her pursuant to the Criminal Justice Act in an earlier Criminal Complaint (05-0156 —01) which was ultimately dismissed. Counsel was aware of the Government's intent on indicting Ms. Chappell and was informed earlier this week of the indictment and setting of the Status Conference and Arraignment.

Counsel was not consulted regarding his calendar, and he is leaving for Seattle, Washington on August 18, 2005 and returning on August 28, 2005, and as a sole practitioner he does not have a partner or associate to "stand-in" for the purposes of this arraignment and conference.

Presently counsel has August 29, 30, and September 1,2, 7, 8, and 9 totally available for scheduling.

Counsel has contacted Rachel Lieber, AUSA, and she has no objections to a postponement. David Woll, previously CJA appointed for codefendant Lamesha Owens was contacted and he has no objections as well. Counsel attempted to reach Carlos Vanegas, AFPD representing Steven Berry, but he was not available by phone.

Wherefore he would respectfully request the rescheduling of the arraignment and status

conference.

Respectfully submitted,

/s/
Thomas J. Saunders
Federal Bar No. 25084
3600 Clipper Mill Road, Suite 201
Baltimore, MD 21211
Phone:		202-320-8968
Facsimile:	410-662-5589
Email:		tjslaw@erols.com

IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                                                              05-0150 (02) HHK

DOMINIQUE CHAPPELL

ORDER

It is this ___ day of August, 2005 hereby ORDERED that the arraignment and status conference for the above captioned matter be set for _____, 2005 at _____ in Courtroom 14.


_____
Henry H. Kennedy, United States District Judge