UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   *

VS.   *   CRIMINAL DOCKET
NO.: 05CR150 HHK

DOMINIQUE CHAPPELL   *
Defendant

\*   \*   \*   \*   \*

MOTION TO SUPPRESS EVIDENCE FROM SEARCHES AND SEIZURES

Dominique Chappell, by her counsel, Thomas J. Saunders, moves this Honorable Court, pursuant to Rule 12(b) and Rule 41 (e) and (f), to suppress all evidence obtained directly, and indirectly, as the result of illegal searches and seizures, and as grounds therefore states the following:

1. Ms Chappell has standing for a search of Apt. 33, 232 W. Street, N. W., Washington, DC on or about March 22, 2005.

2. The search of the apartment was the result of a warrant issued on or about March 21, 2005..

3. The search warrant was illegal and without probable cause.

Wherefore Ms. Chappell respectfully requests that this Court hold a hearing and suppress the fruits of the illegal search.

Respectfully submitted,

_____
Thomas J. Saunders
Federal Bar No. 25084
3600 Clipper Mill Road, Suite 201
Baltimore, MD 21202-1882
Phone: 202-320-8968; 410-547-9087
Facsimile: 410-539-1492

POINTS AND AUTHORITIES

United States Constitution

*Chimel v. California*, 395 U.S. 752 (1969)

*Delaware v. Prouse*, 439 U.S. 1043 (1979)

*Illinois v. Gates*, 462 U.S. 213 (1983)

*Wade v. United States*, 388 U.S. 218 (1967)