UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CRIMINAL DOCKET NO.: 05CR150 HHK |
| DOMINIQUE CHAPPELL<br>Defendant | * | |

\* \* \* \* \*

MOTION TO WITHDRAW SUPPRESSION MOTION

Dominique Chappell, by her counsel, Thomas J. Saunders, moves this Honorable Court, to allow her to withdraw her Motion to Suppress the Results of a Search and Seizure [Paper 10] and to additionally Order that neither her nor counsel need appear for the December 12, 2005 Motions hearing.

Respectfully submitted,

/s/
Thomas J. Saunders
Federal Bar No. 25084
3600 Clipper Mill Road, Suite 201
Baltimore, MD 21202-1882
Phone: 202-320-8968; 410-547-9087
Facsimile: 410-539-1492