UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      *

VS.                           *    CRIMINAL DOCKET
                                   NO.: 05CR150 HHK

DOMINIQUE CHAPPELL            *
Defendant

            *   *   *   *   *

ORDER

    It is hereby ORDERED that Ms. Chappell's Motion to Suppress [Paper 10] is hereby withdrawn and neither Ms. Chappell nor counsel need appear for the previously scheduled December 12, 2005 Motions hearing.

_____
Henry H. Kennedy
United States District Judge