UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-150-02 (HHK) |
| v. | : | VIOLATIONS: 21 U.S.C. §856(a)(1) |
| | : | (Unlawful Opening and Maintenance of |
| DOMINIQUE CHAPPELLE, | : | Premises to Manufacture and Distribute a |
| Defendant. | : | Controlled Substance) |



## INFORMATION

The United States Attorney charges that:

**FILED**

DEC 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### COUNT ONE

On or about March 22, 2005, within the District of Columbia, **DOMINIQUE CHAPPELLE**, did knowingly open and maintain a place, that is, 232 W Street, N.W., Apt. 33, Washington, D.C., for the purpose of unlawfully manufacturing and distributing a controlled substance, that is, cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Opening and Maintenance of Premises to Manufacture and Distribute a Controlled Substance**, in violation of Title 21, United States Code, Section 856(a)(1))

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
Bar No. 451-058

By: _____
Rachel Carlson Lieber
D.C. Bar # 456-491
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8055

