AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Dominique Chappell | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 05-150-2 |

I, __Dominique Chappell__, the above named defendant, who is accused of

**FILED**

DEC 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __12/16/05__ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Henry Kennedy_
         Judicial Officer