UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal No. 05-150 (HHK) |
| : | |
| DOMINIQUE CHAPPELLE : | |
| Defendant. : | |

**GOVERNMENT'S MOTION FOR
DEPARTURE FROM GUIDELINES SENTENCE**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court, pursuant to 18 United States Code, § 3553(e) and § 5K1.1 of the United States Sentencing Guidelines, to sentence the defendant, Dominique Chappelle, to a term below that otherwise required by the United States Sentencing Guidelines or the applicable sentencing provisions. In supplement to this motion, the United States proffers the following points and authorities, as well as any others that may be cited at the sentencing hearing in this matter.

*Discussion*

The United States has determined to file its motion to depart in the above-captioned matter after considering all of the facts and circumstances. As the Court is aware, in this District all departure motions made by the United States must be reviewed by the United States Attorney's Office Departure Committee. Counsel for the government submitted this matter to the Departure Committee for its review and the Committee authorized the filing of this motion.

The defendant agreed to enter her plea of guilty within days of her arrest on drug charges, and began providing useful information to the government at that time. As the Court may recall, Ms. Chappelle was arrested during the execution of a search warrant at her apartment in March, 2004. When the agents executed the search warrant, they recovered 229 grams of crack cocaine, along with

packaging material, ammunition, and marijuana in the apartment which she shared with her cousin, co-defendant Lamesha Owens. Also present during the search were Ms. Owens, and A third co-defendant, Steven Berry. From the very early days after her arrest, Ms. Chappelle provided the agents extensive information regarding the drug trafficking activities of Mr. Berry, including the fact that she allowed him to store his cocaine for sale in her apartment, and even used her apartment to cook powder cocaine into crack cocaine. For her acknowledged role as a facilitator of Mr. Berry's illegal activities, Ms. Chappelle pleaded guilty to what seemed to all parties as the offense that most represented her conduct – Unlawful Opening and Maintenance of Premises to Manufacture and Distribute a Controlled Substance, in violation of 21 U.S.C. § 856(a)(1).

Further, in addition to providing extensive information regarding narcotics dealing by Mr. Berry and others, Ms. Chappelle agreed to testify at the trial of Mr. Berry. This was no small decision for Ms. Chappelle, who was romantically involved with Mt. Berry. Although she did not ultimately have to do so, she was prepared to, as a condition of her plea agreement. I can say with confidence – because counsel for Mr. Berry told me so – her willingness to testify against Mr. Berry was what finally convinced Mr. Berry to take a plea and avoid trial, so she certainly should receive credit in that regard.

Finally, I think it is noteworthy that since her arrest, Ms. Chappelle has made great strides in her life. She has gotten a job, a good job apparently, and has managed to keep that job. Also she has moved back in with her mother and her son, and has become far more involved in his life and activities, all of which give the government hope that this arrest and conviction was the wake-up call Ms. Chappelle needed to get her life back on track.

The Departure Committee considered all of this information in reaching its determination

3

to authorize the filing of this motion and we commend it to the Court in its determination of whether to depart and the extent of any departure.

*Conclusion*

**WHEREFORE**, the United States respectfully moves that the Court to impose a sentence in the instant case below that prescribed by the United States Sentencing Guidelines.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY


By: _____
    RACHEL CARLSON LIEBER
    Assistant United States Attorney
    Organized Crime and Narcotics Section
    D.C. Bar No. 456-491
    555 Fourth Street, N.W.
    Washington, D.C. 20850
    (202) 353-8055
    Rachel.lieber@usdoj.gov