UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 05-150 (HHK) |
| | : |
| DOMINIQUE CHAPPELLE | : |
| Defendant. | : |

## ERRATA

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby states as follows:

On November 16, 2006, undersigned counsel filed a Motion for Departure from Guidelines Sentence, pursuant to § 5K1.1, of the United States Sentencing Guidelines (document 37). In that pleading, the government unintentionally misstated one minor fact, and now seeks replace the previous document with the attached Amended Motion for Departure from Guidelines Sentence.

WHEREFORE, the United States respectfully request that the attached Amended Motion for Departure from Guidelines Sentence be substituted for the erroneous one.

Respectfully submitted,

JEFFREY TAYLOR
UNITED STATES ATTORNEY

By: _____
Rachel Carlson Lieber
Assistant United States Attorney
Organized Crime and Narcotics Section
DC Bar No. 456-491
555 4th Street NW
Washington, D.C. 20850
Rachel.lieber@usdoj.gov